UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVIS LEE SULLIVAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-cv-1395-RLW |
| JULIA CHILDREY, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff Travis Lee Sullivan's "Motion for Continuance," which the Court construes as a motion for an extension of time to file an amended complaint. The motion is premature, as the amended complaint is not due to be filed until October 11, 2018. Nevertheless, the Court will grant the motion to the extent plaintiff seeks additional time to file an amended complaint, and give plaintiff an additional thirty days, to and including November 13, 2018, to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Continuance (Docket No. 8) is **GRANTED** to the extent plaintiff seeks an extension of time to file an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff shall have an additional thirty days, to and including **November 13, 2018**, to file an amended complaint.

Dated this ___ day of September, 2018.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE